UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JERRY ALLISON | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:16-cv-874 EGS |
| Plaintiff, |  |  |
| v. |  |  |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY |  |  |
| Defendant. |  |  |

CONSENT MOTION FOR ENLARGEMENT OF TIME
TO CONCLUDE DISCOVERY

On consent of the Defendant, Jerry Allison ("Plaintiff"), by and through counsel, and pursuant to Fed. R. Civ. P. 6(b)(1)(A), respectfully moves this honorable Court for an enlargement of time to conclude discovery, from December 15, 2016 to February 15, 2017. In support of this motion, Plaintiff states the following:

1. The Parties have served and responded to discovery requests and have been working together to schedule depositions.

2. Defendant intends to take depositions of Plaintiff and at least one other witness.

3. Plaintiff intends to take depositions of two or three management witnesses.

4. Discovery is presently set to close on December 15, 2016.

5. The 60-day extension of time is sought for good cause due to the foreseeable difficulty scheduling witnesses for depositions around both counsels' schedules during the holiday season.

6. Defendant consents to the relief requested herein and neither party would be prejudiced by this extension.

Based on the foregoing, Plaintiff respectfully requests that the Consent Motion for Enlargement of Time to Conclude Discovery be granted with the discovery deadline on February 15, 2017.

RESPECTFULLY SUBMITTED,<br>
Alan Lescht & Associates, P.C.<br>
By:__/s/_____<br>
Rani Rolston, #974052<br>
1050 17th Street, NW, Suite 220<br>
Washington, DC 20036<br>
T: 202.463.6036<br>
F: 202.463.6067<br>
rani.rolston@leschtlaw.com<br>
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing, Consent Motion for Enlargement of Time to Conclude Discovery, this 7th day of December, 2016, via ECF on:

Michael K. Guss, DC Bar No. #465171
Associate General Counsel
Appeals & Special Litigation
Office of the General Counsel
Washington Metropolitan Area Transit Authority
600 Fifth Street, N.W.
Washington, D.C. 20001
TEL (202) 962-1468
FAX (202) 962-2550
mkguss@wmata.com
*Attorney for Defendant*

__/s/_____
Rani Rolston